IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| COLEMAN CHANEY, individually and on behalf of all others similarly situated,<br>     Plaintiff,<br><br>v.<br><br>DOUGH SLINGER, LLC, JEREMY BROWN, and LEANN BROWN,<br>     Defendants. | § § § § § § § § § § § § § §   Case No. 6:20-cv-427-JDK |

**FINAL JUDGMENT**

In accordance with Plaintiff Coleman Chaney's Notice of Acceptance of Offer of Judgment (Docket No. 18) and Federal Rule of Civil Procedure 68(a), the Court hereby enters **FINAL JUDGMENT**.

The Court enters judgment against Defendants Dough Slinger, LLC; Jeremy Brown; and Leann Brown, jointly and severally, for the sum of $8,000.00, inclusive of costs and fees.

All pending motions are **DENIED** as **MOOT**. The Clerk of Court is instructed to close this case.

So **ORDERED** and **SIGNED** this **18th** day of **February, 2021.**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE